NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ZIMMER, INC., ZIMMER U.S.,**
*Appellants*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**HERAEUS MEDICAL LLC, HERAEUS MEDICAL GMBH,**
*Intervenors*

---

2021-2286

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1175.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint stipulation to voluntarily dismiss this appeal, which the court construes as a motion to voluntarily dismiss,

IT IS ORDERED THAT:

2                                                                    ZIMMER, INC. v. ITC

(1)  The motion is granted to the extent that the appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

March 15, 2022                          /s/ Peter R. Marksteiner
        Date                            Peter R. Marksteiner
                                        Clerk of Court

ISSUED AS A MANDATE: March 15, 2022